CARL BENSON HOLMES, Petitioner, v. Honorable ROBERT J. NELSON, Judge of the District Court of the Eighth Judicial District of the State of Montana, In and For the County of Cascade, Respondent.

No. 12465.
Decided March 6, 1973.
507 P.2d 534.

## ORDER

PER CURIAM:

This is an original proceeding wherein petitioner seeks a writ of certiorari to review the actions of the district court in a criminal action now pending in the district court of Cascade County, Montana.

546

The discretion of the Court is not moved by the application and the petition is therefore denied and the proceeding is dismissed.